Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
IN RE:                                                               :
Fosamax Products Liability Litigation           :
---------------------------------------------------------x
*This Document Relates to:*                        :         1:06-md-1789 (JFK)
Pauline Bianco                                              :
v. Merck & Co., Inc.                                      :
                                                                       :
Case No: 1:08-cv-03345-JFK                      :         **Rule 7.1 Statement**
---------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated:  New York, New York
            June 9, 2008

                                         Respectfully submitted,

                                         HUGHES HUBBARD & REED LLP

                                         By:  /s/
                                             Norman C. Kleinberg
                                             Theodore V. H. Mayer
                                             William J. Beausoleil

                                         One Battery Park Plaza
                                         New York, New York 10004-1482
                                         (212) 837-6000
                                         kleinber@hugheshubbard.com
                                         mayer@hugheshubbard.com
                                         beausole@hugheshubbard.com
                                         *Attorneys for Defendant Merck & Co., Inc.*